UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| American Family Mutual Insurance Company, | Court File No. 10-CV-4736 PAM/FLN |
| Plaintiff, | **ORDER OF DISMISSAL PURSUANT TO STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Jennifer France, and Karen and David Thomas, individually and as parents and guardians of Taeya Thomas, a minor, | |
| Defendants. | |

---

Upon the reading of the Stipulation of Dismissal With Prejudice filed by the parties in this matter:

IT IS HEREBY ORDERED AND ADJUDGED that all claims that have been asserted in the above-captioned action, are hereby dismissed with prejudice, with all parties agreeing to bear their own costs, disbursements, and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 20, 2011            BY THE COURT:


                                  s/Paul A. Magnuson
                                  Paul A. Magnuson
                                  U.S. District Court Judge